# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BOBBY M. KEMP,

        Plaintiff,

v.                                                      Case No:   6:22-cv-433-RBD-LHP

META PLATFORMS, INC.,

        Defendant

## ORDER

This cause comes before the Court on review of the file. On October 31, 2023, Defendant filed a unilateral Case Management Report. Doc. No. 43. Upon consideration, the filing (Doc. No. 43) is **ORDERED stricken** as the Court does not accept unilateral versions of these documents, and this matter is exempted from the Case Management Report requirement given that Plaintiff is *pro se* and currently incarcerated. *See* Local Rule 3.02(d)(5).

However, upon *sua sponte* review, discovery is hereby **STAYED** pending the outcome of Defendant's Motion to Dismiss Complaint (Doc. No. 36). *See Panola Land Buyers Ass'n v. Shuman*, 762 F.2d 1550, 1560 (11th Cir. 1985) ("[A] magistrate has broad discretion to stay discovery pending decision on a dispositive motion.");

*Rivas v. Bank of N.Y. Mellon*, 676 F. App'x 926, 932 (11th Cir. 2017) (finding district court's imposition of stay of discovery pending disposition of a motion to dismiss was a proper exercise of judicial discretion).   The Court will set case deadlines after resolution of Defendant's Motion to Dismiss Complaint, if appropriate.

**DONE** and **ORDERED** in Orlando, Florida on January 4, 2024.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties